Alessandro G. Assanti, Esq. (SBN 181368)
A.G. Assanti & Associates, PC
33 Brookline
Aliso Viejo, CA  92656
T: (949) 540-0439
F: (949) 540-0458

Attorney for Debtor and Plaintiff, Kevin Glenn

UNITED STATES BANKRUPTCY COURT-CENTRAL DISTRICT OF CALIFORNIA,
RIVERSIDE DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 6:14-bk-15884 MH |
| | ) |
| KEVIN GLENN, | ) Chapter 7 |
|           Debtor, | ) |
| | ) Adv. Proc. No. |
| _____ ) | _____ |
| KEVIN GLENN, | ) |
|           Plaintiff, | ) COMPLAINT SEEKING TO ENJOIN |
| | ) DEFENDANTS VIOLATION OF |
|           v. | ) AUTOMATIC STAY; AND DECLARATORY |
| | ) RELIEF |
| | ) |
| KASEY COX and MICHAEL COX, | ) |
|           Defendants. | ) |
| | ) |
| _____ | ) |

Kevin Glenn, hereinafter ("the Plaintiff"), complaining of Kasey Cox, and Michael Cox hereinafter

("the Defendants") alleges

1.  This court has exclusive jurisdiction of this adversary proceeding pursuant to _28 U.S.C. §_

_157(b)(1)_.

COMPLAINT SEEKING TO ENJOIN DEFENDANTS VIOLATION OF AUTOMATIC STAY
AND DECLARATORY RELIEF- 1

2. Pursuant to *Bankruptcy Rule 7008(a)*, Plaintiff states that this is a "core proceeding" within the meaning of *28 U.S.C. § 157(b)*.

3. The Plaintiff, the debtor in this case, filed on 5/5/2014 his original chapter 7 petition in the United States Bankruptcy Court for the Central District of California and at all times subsequent thereto has been a debtor in possession of the subject property complained of herein.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(c)(1) and 11 U.S.C. § 105(a).

5. On May 5, 2014, the Debtor and Plaintiff in this matter filed for Chapter 7 Bankruptcy. As part of that petition, he listed his personal property in Schedule B. In Schedule B, he listed one 2008 Chevrolet HD Pickup Truck, and various property in his possession. In Schedule F of the petition, he listed Kasey Cox and Michael Cox as creditors, hereinafter, ("the Defendants"). The Chapter 7 Trustee thereafter served defendants with Notice of the Glenn's Chapter 7 Bankruptcy.

6. On June 11, 2014, Defendant Michael Cox appeared at the initial 341(a) meeting of Creditors. At no time did either of the Defendants ever serve a Notice of Claim in the Chapter 7 proceeding before the bar date.

7. On August 28, 2014 despite knowing that the subject 2008 Chevrolet Pickup was owned by Plaintiff and properly listed in the BK petition and schedules, Defendants Michael Cox and Kasey Cox changed the title out of Glenn's name into Kasey Cox's name and thereafter attempted to take possession by claiming the truck was not Plaintiff's property and therein sending a sheriff to take possession of the property on or about September of 2014. Attached hereto as **Exhibit 1** is a true and correct copy of the title showing with Kasey's Cox's name.

8. Defendant had knowledge of the Chapter 7 petition and the automatic stay provision of 11 U.S.C. § 362, as the Chapter 7 Trustee served Defendants with the petition. The altering of ownership of

COMPLAINT SEEKING TO ENJOIN DEFENDANTS VIOLATION OF AUTOMATIC STAY
AND DECLARATORY RELIEF- 2

the subject Chevrolet Pickup and therein filing the change of ownership of the above-described

property, by the Defendants was contrary to and in violation of 11 U.S.C. § 362.

9.  On December 15, 2014, despite Plaintiff filing his second credit-counseling certificate, the BK

was dismissed without discharge.  Immediately thereafter, Plaintiff filed a Motion to Reopen the

Chapter 7 proceeding on 12/22/2014.

10.  On March 13, 2015, the Court issued an order Granting Plaintiff's Motion to Reopen the case

and thereafter on 3/13/2015 issued an order Discharge of Debtor.

11.  While having notice of Plaintiff's discharge, the Defendants refused to notify the sheriff that

Plaintiff  had obtained a discharge and thereafter the Sheriff attempted to execute on a judgment that

was listed in the Petition on April 1, 2015 in violation of 11 U.S.C. §  362 (a). Attached hereto as

**Exhibit 2** is a true and correct copy of the writ of execution that was served on Plaintiff around May

5, 2015.

12.  Despite asking the Defendants to change title back into the Plaintiff/Debtor's name, the

Defendants have repeatedly failed and refused to comply with the automatic stay and notice that was

served when Debtor/Plaintiff filed his Chapter 7 petition and upon the order of Plaintiff's subsequent

discharge.

13.  Defendants continue to and have willfully disobeyed and disregarded the provisions of **section

362 of the Bankruptcy Code** by the filing of the above-described documentation and attempting to

execute on the judgment after discharge was granted and failing to notify the sheriff to not execute

on paperwork that was filed seeking execution on said judgment.

14.  Unless Defendant is temporarily restrained from continuing the legal action described above,

immediate irreparable injury, loss or damage will continue to harm Plaintiff.

15.    On or before December 10, 2015 Plaintiff/Debtor requested to reopen the bankruptcy case based upon Defendant's violations of 11 USC §362 (a).  On December 14, 2015 the Court issued an order granting Plaintiff/Debtor's request to reopen said bankruptcy case in order to file the Adversarial Complaint in order to address the alleged violation of stay.

**Count I- Stay Violation**

16.  The foregoing Paragraphs 1 through 15 are incorporated herein by reference as though plead fully herein.

17.  Defendants' conduct of changing ownership in the subject 2008 Chevrolet Pickup identified in Exhibit "A" and thereafter attempting to execute on said title violated 11 U.S.C. §  362 (a).

**WHEREFORE:**  Plaintiff requests and Order declaring the Defendants guilty of civil contempt by violating the automatic stay; and awarding Plaintiff compensatory damages, punitive damages and costs pursuant to 11 U.S.C. §  362 (k); and for contempt of court.

**WHEREFORE:**   Plaintiff requests and award of reasonable attorney's fees, costs incurred in recovery thereat pursuant to 11 U.S.C. §  362 (k).

**WHEREFORE:** Plaintiff, prays, pursuant to _Rule 65 of the Federal Rules of Civil Procedure_, as incorporated by _Bankruptcy Rule 7065_, for a temporary restraining order, restraining the Defendants, its attorneys, agents and employees and successors from proceeding or continuing in any manner to hold title or subject the vehicle to risk of loss and to prohibit any further execution on any judgment obtained prior to the Plaintiff's filing of his Chapter 7 petition.

COMPLAINT SEEKING TO ENJOIN DEFENDANTS VIOLATION OF AUTOMATIC STAY AND DECLARATORY RELIEF- 4

**WHEREFORE:** The Plaintiff further prays for a preliminary and permanent injunction enjoining the defendant its attorneys, agents, employees and successors from proceeding with or continuing in any fashion the above described actions; for declaratory relief that the vehicle and other property listed in the petition and subject writ of general execution filed by the Defendants be adjudged property of Plaintiff, and for such other and further relief as is just and proper.

### Count II- Stay Violation

18.  The foregoing Paragraphs 1 through 17 are incorporated herein by reference as though plead fully herein.

19.  Defendants' conduct of executing upon said judgment obtained prior to the Plaintiff's Chapter 7 Petition and therein failing to notify the Sheriff that Plaintiff did receive a discharge on 3/13/2015 wherein the Sheriff appeared at Plaintiff's residence and attempted to execute on property listed in Plaintiff's petition violated 11 U.S.C. § 362 (a).

**WHEREFORE:** Plaintiff requests and Order declaring the Defendants guilty of civil contempt by violating the automatic stay; and awarding Plaintiff compensatory damages, punitive damages and costs pursuant to 11 U.S.C. § 362 (k); and for contempt of court.

**WHEREFORE:** Plaintiff requests and award of reasonable attorney's fees, costs incurred in recovery thereat pursuant to 11 U.S.C. § 362 (k).

**WHEREFORE:** Plaintiff, prays, pursuant to *Rule 65 of the Federal Rules of Civil Procedure*, as incorporated by *Bankruptcy Rule 7065*, for a temporary restraining order, restraining the defendant, its attorneys, agents and employees and successors from proceeding or continuing in any manner to further execute on any judgment obtained prior to the Glenn's filing of his Chapter 7 petition.

COMPLAINT SEEKING TO ENJOIN DEFENDANTS VIOLATION OF AUTOMATIC STAY
AND DECLARATORY RELIEF- 5

**WHEREFORE:**  The Plaintiff further prays for a preliminary and permanent injunction enjoining the defendant its attorneys, agents, employees and successors from proceeding with or continuing in any fashion the above described actions; for DECLARATORY RELIEF that the property in the possession of Plaintiff, be adjudged and decreed that of the Plaintiff.


Dated: December 24, 2015                    A.G. Assanti & Associates, PC



_____
Alessandro G. Assanti, Esq.,
Attorney for Debtor/Plaintiff, Kevin Glenn

COMPLAINT SEEKING TO ENJOIN DEFENDANTS VIOLATION OF AUTOMATIC STAY
AND DECLARATORY RELIEF- 6

1
2  A.G. Assanti & Associates, PC
   Alessandro G. Assanti, Esq. (SBN 181368)
3  33 Brookline
   Aliso Viejo, CA  92656
4  T: (949)540-0439
5  F: (949)540-0458

6
   Attorney for Debtor and Plaintiff, Kevin Glenn,
7

8               UNITED STATES BANKRUPTCY COURT
9                CENTRAL DISTRICT OF CALIFORNIA,
10                     RIVERSIDE DIVISION

11

12  In Re:                          ) Case No.: 6:14-bk-15884-MH
                                    )
13  KEVIN GLENN,                    ) Chapter 7
14              Debtor,             )
                                    )
15                                  ) Adv. Proc. No.
                                    )
16  KEVIN GLENN,                    )
17              Plaintiff,          ) _____
                                    ) PLAINTIFF, KEVIN GLENN'S AFFIDAVIT
18          v.                      ) AS TO IMMEDIATE AND IRREPERABLE
19                                  ) INJURY.
                                    )
20  KASEY COX and MICHAEL COX,      )
21              Defendants.         )
                                    )
22                                  )
                                    )
23  _____

24

25
   Plaintiff, Debtor, Kevin Glenn, being first duly sworn deposes and says:
26

27   1. Affiant is the Plaintiff in herein.
28

_____

PLAINTIFF'S AFFIDAVIT AS TO IMMEDIATE AND IRREPERABLE INJURY- 1

2. Unless Defendants Kasey Cox and Michael Cox are temporarily restrained from continuing to hold title, as filed with the Arizona Department of Motor Vehicles and attempting to execute a judgment on a prior lawsuit before the Subject Chapter 7 Petition was filed, immediate and irreparable injury, loss, or damage will result to the plaintiff Kevin Glenn in that the defendant's action denies the plaintiff the protection afforded to it pursuant to *11 U.S.C. § 362* and will require the plaintiff to expend time and funds in defending any further executions, encumbrances, claim of title or risk of loss of which the Vehicle was listed in Schedule B of Plaintiff's Chapter 7 BK petition and therefore is subject to the provisions of *11 U.S.C. § 362*. Such irreparable injury, loss or damage will result before notice can be provided and any hearing had on the request for the temporary restraining order contained in the complaint.

*Kevin Glenn, Affiant*

Sworn to before me the undersigned this ..........$4$.......................day of
..M.A.Y..,..2.0.1.5.........
Notary Public  *Margarita Ward Maloney*
State of .....A.R.I.Z.O.N.A..............
County of ......M.o.H.A.v.e..............

MARGARITA MALONEY
Notary Public • Arizona
Mohave County
My Comm. Expires Jun 19, 2015

PLAINTIFF'S AFFIDAVIT AS TO IMMEDIATE AND IRREPERABLE INJURY- 2

**United States Bankruptcy Court**
**Central District of California**

In re   **Kevin Glenn**                                                                    Case No.   **6:14-bk-15884**
                                            Debtor(s)                         Chapter      **7**

## PROOF OF SERVICE BY MAIL

I, **Kateryna Billings**, declare that I am a resident of or employed in the County of **Aliso Viejo**, State of **CA**. My
address is **33 Brookline Street**.  I am over the age of eighteen years of age and am not a party to this case.

On **May 5, 2015**, I served the Petitioners Affidavit as to immediate and irreparable injury on the parties listed
below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully
prepaid, in the United States Mail at ___ addressed as follows:

**Kasey Cox and Michael Cox**
**c/o 3479 McCulloch Blvd., N**
**Lake Havasu City, AZ 86406**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed
on **May 5, 2015**.

**Signature**

1

## VERIFICATION

2   I, Kevin Glenn, being first duly sworn, deposes and states that affiant is the Debtor and Plaintiff in

3   this matter, and that affiant has read the above and foregoing motion and believes that the facts stated

4   therein are true.

5   I declare under the laws of the United States of America that the foregoing is true and correct.

6

7   Subscribed and sworn to before me the undersigned on this day of _21_ December, 2015 at

8   _14320 Flying J Road, Ehrenberg Az_, County of _La Paz_.

9

10

11                                          Kevin Glenn, Affiant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT SEEKING TO ENJOIN DEFENDANTS VIOLATION OF AUTOMATIC STAY

# EXHIBIT 1



96-0356 R08/10    www.azdot.gov

# ARIZONA VEHICLE REGISTRATION

**Expiration Date**
07/15/2014

Print Date/Time
07/15/2013 07:40

| Carry In Vehicle At All Times |

KEVIN R GLENN
KASEY A COX
3076 RANCHERO DR
LAKE HAVASU CITY AZ  86406

Vehicle Identification Number
1GCHK23638F100403

**Record Number**    04133090
Plate Number    ACX6225

Unit Number
Year / Make    2008  CHEV
Body Style    34PU
First Registered    08/2008
List Price    035000
Fuel Type    D
Category    I
Weight (GVW)    000000
County    MOHAVE
Registration Type    FUL

| | |
|---|---|
| Veh Lic Tax | $250.06 |
| Registration | $8.00 |
| Air Quality | $1.50 |
| Postage/Handling | $0.46 |

**Total**    $260.02



↑ **Detach Here** – Apply Tab Below To Plate – **Carry Registration Above In Vehicle At All Times** ↑



**TAB VOID IF ALTERED**

15104354

## THIS IS YOUR NEW LICENSE PLATE TAB.

### Tab Instructions

Peel the tab attached above from the backing and place on a clean, dry surface in the **UPPER RIGHT** corner of your license plate. It is not necessary to remove the old tabs.

The new tab must be clearly visible on the plate.



② **Remove Side Edges First**
↓ Then Fold and Tear Along This Perforation ↓





MOTOR VEHICLE DIVISION
4005 N 51ST AVE
PHOENIX AZ  85031-2688

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
PHOENIX AZ 85007
PERMIT NO. 373



010892



Registration and Plate Tab
**Enclosed**

KEVIN R GLENN
KASEY A COX
3076 RANCHERO DR
LAKE HAVASU CITY AZ  86406

FRM-IPi    86406

# EXHIBIT 2

1  Name ___Harvey R. Jackson, Attorney at Law___

2  Address ___3479 McCulloch Blvd., N.___

3  ___Lake Havasu City, AZ  86406___

4  Telephone ___(928) 855-9471___

5  Representing in Pro Per Plaintiffs

6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                  IN AND FOR THE COUNTY OF MOHAVE

8

9  ___KASEY COX and MICHAEL COX,___ )   CASE NO. ___CV-2013-07033___
   Plaintiff                       )

10                                  )

   vs.                             )
11                                 )   **WRIT OF GENERAL EXECUTION**
   KEVIN GLENN                     )
12 Defendant _____   )

13 _____)

14  THE STATE OF ARIZONA, TO THE SHERIFF OF MOHAVE COUNTY, ARIZONA,

15  GREETINGS:

16      WHEREAS, a Judgment in the above-entitled action was entered by the Clerk in the

17  appropriate dockets in this Court on ___January 9, 2014___ against the Judgment

18  Debtors whose names and addresses appear below:

19      ___Kevin Glenn (dob) 12/5/64)___

20      ___3076 Ranchero Dr., Lake Havasu City, AZ  86406___

21      WHEREAS, the terms of the Judgment entered against those Judgment Debtors is as

22  follows:
                                    $36,854.54 or property
23  PRINCIPAL AMOUNT OF JUDGMENT: (see attached list & Affidavit of
                                                          particulars)
24  ACCRUED INTEREST TO DATE: (1 yr.) $3,685.46

25  COSTS TO DATE, not included in amount of Judgment: $4,175.00=fees  $311.00=costs

26      WHEREAS, taking into consideration any payments made on that Judgment, costs to date,

27  and accrued interest to date, the total amount due on that Judgment is ___$45,026.00___,

28

1      plus interest thereon from _____ January 10, 2015 _____, accruing at the rate of

2      ____ 10% ____ percent per annum plus costs.

3      NOW, THEREFORE, YOU, SHERIFF, are hereby commanded to satisfy this Judgment as follows:

4      If the execution is against the property of the Judgment Debtors, satisfy the Judgment, with interest,

5      from the personal property of the Judgment Debtors, and if sufficient personal property cannot be

6      located, then from their real property. If the Judgment is a lien upon real property, then satisfy the

7      Judgment out of the real property belonging to the Judgment Debtors on the day when the Judgment

8      became such a lien or at any time thereafter. If the execution is issued to a county or from the Court

9      of a county other than the one in which the Judgment was given, then satisfy the Judgment out of the

10      real property belonging to the Judgment Debtors on the day when the Judgment was docketed in the

11      office of the Clerk of the Superior Court of such county. If the execution is against real or personal

12      property in possession of heirs, devisees, legatees, tenants or trustees, satisfy the Judgment out of

13      such property.

14      You are further commanded to make return of this Writ not less than ten nor more than ninety days

15      after your receipt hereof, with what you have done endorsed hereon. Should any of the Judgment

16      Debtors offer to pay the amount due on the Judgment, plus accrued interest and costs, you are

17      authorized to accept cash, a certified check, or a cashier's check for the total amount due.

18

19      SIGNED AND SEALED: February 20, 2015

20

21                         Virlynn Tinnell, Clerk of Mohave County Superior Court

22

23                      By: _____

24                          Deputy Clerk

25

26

27

28

1

2   HARVEY R. JACKSON
    Attorney at Law

3   3479 McCulloch Blvd., N.
    Lake Havasu City, AZ 86406

4   (928) 855-9471
    (928) 855-7427 Fax

5   harveyjackson@frontiernet.net

6   State Bar No. 003301
    Attorney for Plaintiffs

7

                          **F I L E D**
                     TIME _____ 3:04 M

8                IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9                  IN AND FOR THE COUNTY OF MOHAVE

10   KASEY COX and
    MICHAEL COX,

11                         No. CV-2013-07033

12       Plaintiffs,

13   vs.                     **JUDGMENT**

14   KEVIN GLENN,

15   JOHN DOES I thru X, and
    JANE DOES I thru X,

16       Defendants.

17

18       This cause having come regularly before the Court upon Motion and Affidavit for

19 Entry of Judgment by Default and Without Hearing, and the Plaintiffs' Motion to Strike Answer

20

21 and Enter Default Judgment having been granted, and the Court having reviewed the file and

22 being fully advised in the premises,

23       IT IS ORDERED that Plaintiffs are granted Default Judgment against Defendant

24 KEVIN GLENN.

25       IT IS FURTHER ORDERED that Defendant KEVIN GLENN shall return the

26 following items to Plaintiffs on or before ~~January~~ February 15, 2014, and in the event of the failure to

27

28

return all or any portion of the items Judgment is granted for the following listed amounts of any

items not returned by said date as follows:

| | |
|---|---|
| Dell Inspirion computers (2) | $2,075.92 |
| Hewlett Packer printer | $ 199.99 |
| Duracell portable generator | $ 720.99 |
| Kobalt air compressor | $ 849.99 |
| (2) 8' tables | $ 149.96 |
| (5) Husky 48" steel shelving units | $ 985.00 |
| Sauder studio desk | $ 149.99 |
| 27 ton swing beam clicker press | $6,076.00 |
| Hewlett packer 640 inkjet fax | $ 89.98 |
| Staples vertical file cabinets | $ 359.96 |
| Dymo label printer 450 | $ 99.99 |
| Garmin GPS | $ 499.95 |
| (2) Staples office chairs | $ 299.98 |
| Oakley O-frame goggles | $ 80.00 |
| Fox racing umbrella | $ 50.00 |
| Outdoor folding chairs | $ 120.00 |
| (15) white wood pictures frames | $ 209.85 |
| Red Bull ice chest | $ 100.00 |
| Airless paint sprayer | $ 358.00 |
| Drill press | $ 369.99 |
| Yamaha 450 quad | $3,000.00 |
| Kawasaki kxf450 | $4,500.00 |
| Chevrolet truck | $5,000.00 |
| Cage for Rhino | $4,000.00 |
| Can-Am 660 engine for a Rhino | $6,500.00 |

IT IS FURTHER ORDERED, pursuant to A.R.S. §12-3412.01, awarding Plaintiffs

their reasonable attorney's fees in the amount of $ 4,175.ᵒᵒ together with costs

herein incurred in the amount of $ 311.ᵒᵒ together with interest thereon at the

maximum legal rate from date of Judgment until paid.

DONE IN OPEN COURT this 9ᵗʰ day of January, 2017

R. A. BARTLETT

JUDGE

STATE OF ARIZONA
COUNTY OF MOHAVE } SS.

I, VARLYNN TINSELL, Clerk of the
Superior Court of the State of Arizona
in and for the County of Mohave do
hereby certify the foregoing to be a
full, true and correct copy of the
original on file in my office.

WITNESS my hand and seal of said Court this
9 day of February, 2017.

L. Derskow
Clerk/Deputy Clerk

AFFIDAVIT

STATE OF ARIZONA    )
                         ) ss.

County of Mohave    )

    I, KASEY COX, being first duly sworn, depose and say:

    1. That I am one of the Plaintiffs in the Mohave County Superior Court cause No.

CV-2013-07033 Kasey Cox and Michael Cox vs. Kevin Glenn, ;

    2. That I am aware of all of the items that were to be returned by Defendant

KEVIN GLENN on or before February 15, 2014, pursuant to the Judgment entered by the court

on January 9, 2014, and;

    3. That KEVIN GLENN has not returned any of the items on the list as of this

date, and;

    4. That I am familiar with every specific item and have been requested to provide

a more detailed description of each item, and;

    5. That I have been in communication with the Trustee in KEVIN GLENN'S

bankruptcy and have reviewed the bankruptcy records, and KEVIN GLENN did not list any of

those assets in the bankruptcy, and the discharge did not apply to any of those assets, and;

    6. That attached hereto and incorporated herein by reference as Exhibit "A" is a

more complete description of the various items on the list for utilization in identifying the

various items to be returned, and;

    7. That I have been advised that the County website has an incorrect date of birth

for KEVIN GLENN, and the KEVIN GLENN against whom the Judgment has been obtained has

1

a date of birth of 12/5/64.

Further your affiant sayeth not.

KASEY COX

SUBSCRIBED AND SWORN to before me this _14th_ day of _Feb._, 2015, by Kasey Cox.

Helen T. Powell
Notary Public

My Commission Expires:

OFFICIAL SEAL
HELEN T. POWELL
NOTARY PUBLIC - OREGON
LANE COUNTY
MY COMMISSION EXPIRES FEB. 14, 2015

2

Judgment Items:

1) 2008 Chevrolet Truck, color: white, 4x4 diesel, VIN 1GCHK23638F100403, License plate: MOTO608.

2) 2008 Kawasaki KX450F dirt bike. Color white and green. VIN JKAKXGDC98A021866. Engine #: KX450DE017219.

3) 2004 Yamaha YZF450 Quad. Color: white with red and black graphics, black Jettrim seat, red frame. VIN# JY4AJ11Y14C010986.

4) 2006 Yamaha Rhino Side by Side. Color: blue plastics, black metal doors, custom chromoly cage. Can-Am engine. VIN 5Y4AM04Y16A027758. (Chromoly cage and engine only)

5) 27-ton swing beam clicker press manufactured by Associated Pacific Machine (AP). Item # APM-CL-SA 27. AP# 9135. Serial # 67081468. Color: Light Grey and Dark Grey. Cutting Area 20" x 40" with polypropylene cutting pad, uses 3 phase power, 220 volt.

6) Kobalt Air Compressor, 3.7HP 60 Gallon color: Black and Blue.

7) Duracell portable generator, color: Black and Gold, used in the toy hauler travel trailer.

8) Dell Inspirion desktop computer- **Quantity of 2**. Includes tower, monitor and keyboard. Color: one tower is Black, the other has White front.

9) Hewlett Packer Printer. Color: Black.

10) Hewlett Packer 640 Inkjet Fax Machine. Color: Dark Grey.

11) Dymo Label Writer 450. Color: Black and Grey.

12) Enco Drill Press on metal stand. Color: Blue/Grey.

13) Airless Paint Sprayer on a Red two-wheel cart. Color: Machine is Black, Cart is Red.

14) Husky brand steel shelves- **Quantity of 5**. 48 inches wide. 5 shelf. Color: Frame is grey metal, shelves are wood.

15) Folding tables- 8 feet long, metal legs, plastic top. Color: White plastic top, grey metal legs.

Exhibit "A"

16) Office desk, Saunder brand. Glass and black metal. Pull out metal keyboard drawer, 3 glass shelves on right side of desk.

17) Red Bull cooler. Shaped like a can, Red bull logo. Approx. 3 feet tall.

18) Garmin eTrex handheld GPS. Color: Orange and black.

19) Metal file cabinet. 2 drawers. Color: Grey. Has Kasey Cox's personal records inside.

WHEN RECORDED MAIL TO:

HARVEY R. JACKSON

ATTORNEY AT LAW

3479 MC CULLOCH BLVD. N.

LAKE HAVASU CITY, AZ, 86406

**FEE# 2014005552**

OFFICIAL RECORDS
OF MOHAVE COUNTY
CAROL MEIER
COUNTY RECORDER

02/07/2014 02:09 PM Fee: $10.00

PAGE: 1 of 5

## JUDGMENT

James
Schoppman
928-753-
0753

s/h

1

**PROOF OF SERVICE**

2

CENTRAL DISTRICT OF CALIFORNIA    )                    IN RE KEVIN GLENN V. KASEY AND MICHAEL
                                  )                    COX
3   RIVERSIDE DIVISION                )                    Ch. 7 Case No.: 6:14-bk-15884-MH

4

I, the undersigned, declare as follows:

5

6          I, am employed in the County of Orange, State of California and am over the age of 18 and not a party to
the within action.  My business address is 33 Brookline, Aliso Viejo, California 92656.

7          On January 19, 2016, I served the foregoing document described as **DEBTOR'S COMPLAINT SEEKING
TO ENJOIN VIOLATION OF AUTOMATIC STAY** on interested parties in this action as addressed below:

8

Kenneth E. Moyer                                Attorney for Defendants Kasey and Michael Cox
9   Law Office of Kenneth E. Moyer, PLLC
1845 McCulloch Blvd., Ste. A-10
10  Lake Havasu City, AZ 86403
Ph: (928) 505-4906
11  Fax: (928) 505-0935

12  ( X )    BY MAIL: I placed the envelope for collection and mailing, following our ordinary business practices.  I
am readily familiar with the business's practice for collection and processing correspondence for mailing.  On the
13  same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business
with the United States Postal Service, in a sealed envelope with postage fully paid.  I understand that the service
14  shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one (1)
day after the date of deposit for mailing contained in this affidavit.
15

16  (   )    BY PERSONAL SERVICE: I delivered each such document by hand to each addressee above.

17  (   )    BY FACSIMILE:  By use of facsimile machine number as indicated above, I served a copy of the within
document(s) on the above interested parties at the facsimile numbers listed above.  The transmission was reported as
18  complete and without error.  The transmission report was property issued by the transmitting facsimile machine.

19  (   )    BY ELECTRONIC SERVICE:  By email to _____, via use of the One Legal E-File
and E-Service System.  All originals will be maintained in our office.
20

21          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
correct.
22

Executed on January 19, 2016 at Aliso Viejo, California.
23

24

25                                              Ashley S. Randolph

26

27

28

-1-

PROOF OF SERVICE